IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ADAN VILLAREAL BARRERA AND ABELARDO RAMIRO, JR. *Plaintiffs* | § § § § § § § § § § § § § § § | Civil Action No. 7:24-cv-139 |
| v. | | |
| MARTIN AZZO AND SAVIAR X PRESS, INC *Defendants* | | |

## DEFENDANTS NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT,**

COMES NOW, Defendants, MARTIN AZZO AND SAVIAR X PRESS, INC. (collectively "Defendants") who file this Notice of Removal, and respectfully show the following:

### I.   STATE COURT ACTION

1. Adan Villareal Barrera and Abelardo Ramiro, Jr. ("Plaintiffs") filed the above-styled suit in the 389th Judicial District of Hidalgo County, Texas, cause number C-2412-23-H, against Defendants, on or around June 20, 2023. The 389th Judicial District of Hidalgo County, Texas is located at 100 N. Closner, 2nd floor, Edinburg, Texas 78539. Defendant Martin Azzo was served with process and Plaintiffs' Original Petition on September 27, 2023. Defendant Saviar X Press, Inc. was served with process and Plaintiffs' Original Petition on March 5, 2024.

### II.   PARTIES

2. Plaintiff Adan Villareal Barrera ("Barrera") is an individual who resides in Hidalgo

County, Texas and is a citizen of Texas.

3. Plaintiff Abelardo Ramiro, Jr. ("Ramiro") is an individual who resides in Hidalgo County, Texas and is a citizen of Texas.

4. Defendant Martin Azzo ("Azzo") is an individual who resides in Maricopa County, Arizona and is a citizen of Arizona.

5. Defendant Saviar X Press, Inc. ("Saviar") is a corporation incorporated in the State of Wisconsin and has its principal place of business in Wisconsin. Therefore, Saviar is a citizen of Wisconsin.

### III. JURISDICTION

6. This Court has subject-matter jurisdiction over this cause pursuant to 28 U.S.C.A. § 1332(a)(1). The amount in controversy in this civil action exceeds the sum or value of $75,000.00, exclusive of interest and costs, and the suit is between citizens of different states. The following information establishes this Court's subject-matter jurisdiction under 28 U.S.C.A. § 1332:

   a. Plaintiffs state in their Original Petition that Plaintiffs are "seeking monetary relief over $1,000,000.00;"[1]

   b. Plaintiffs are citizens of Texas;

   c. Defendant Azzo is a citizen of Arizona; and

   d. Defendant Saviar is a citizen of Wisconsin.

7. Therefore, this Court has subject-matter jurisdiction over this cause pursuant to 28 U.S.C.A. § 1332(a)(1) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

---

[1] Pls' Original Pet., Page 7.

## IV. TIMELINESS

8. Defendants bring this Notice of Removal within thirty days of receipt of Plaintiffs' Original Petition pursuant to 28 U.S.C.A. § 1446(b)(1). Defendant Saviar was served with process and Plaintiffs' Original Petition on March 5, 2024. Thirty days have not elapsed since Saviar was served with Plaintiffs' Original Petition to the date of filing this Notice of Removal. Thus, this Notice of Removal is timely and proper.

## V. CONSENT

9. This matter was removed at the consent of all defendants in this matter.

## VI. ATTACHMENTS

10. Defendants are furnishing to the Clerk the following information at the time of removal:

   a. Civil Cover Sheet

   b. All Executed Process in the case;

   c. Plaintiffs' Original Petition;

   d. All Defendants' Original Answer;

   e. The Docket Sheet;

   f. An index of all documents being filed;

   g. Pursuant to 28 U.S.C.A. § 1446(d), a notification of removal to be filed in state court and to be served on all counsel; and

   h. A list of all counsel of record.

## VII. CONDITIONS PRECEDENT

11. Defendants have tendered the required filing fee to the Clerk of the United States District Court for the Southern District of Texas, McAllen Division, along with this Notice of

Removal. A copy of this Notice of Removal is also being filed in the 389th Judicial District of Hidalgo County, Texas, and all counsel of record are being provided with complete copies.

12. Accordingly, Defendants respectfully request that the above action, now pending in the 389th Judicial District of Hidalgo County, Texas, cause number C-2412-23-H, be removed to this Court.

DATED: March 27, 2024

          Respectfully submitted,

          **LOPEZ LAW GROUP PLLC**

          By: */s/ Stephanie A. Steele*
             BRIAN C. LOPEZ, Attorney in Charge
             State Bar No. 24029693
             brian@lopezlit.com
             STEPHANIE A. STEELE
             State Bar No. 24132371
             stephanie@lopezlit.com
             RYAN J. TATERA
             State Bar No. 24137226
             ryan@lopezlit.com
             1502 Augusta Drive, Suite 100
             Houston, Texas 77057
             Phone: (713) 275-9707
             Fax: (713) 275-9722

          **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically served pursuant to the Federal Rules of Civil Procedure on this the 4th Day of April, 2024, upon the following counsel of record:

TIJERINA LEGAL GROUP, P.C.
Humberto Tijerina, III
State Bar No.24028040
Derek I. Salinas
State Bar No.24093098
Gerardo L. Garcia, JR.
State Bar No.24123059
James O. Alaniz
State Bar No.24118602
William S. Leggett
State Bar No.2410759
1200 S. 2nd St. Suite 4A
McAllen, Texas 78501
Telephone No. (956) 777-7000
Facsimile No. (956) 972-0144
**ATTORNEYS FOR PLAINTIFFS**

                                          */s/ Stephanie A. Steele*
                                          STEPHANIE A. STEELE