United States District Court
Southern District of Texas

**ENTERED**

July 07, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **ADAN VILLAREAL BARRERA AND ABELARDO RAMIRO, JR.** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:24-CV-00139** |
| | § | |
| | § | |
| **MARTIN AZZO AND SAVIAR X PRESS, INC.** | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF THIS COURT:**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own costs, expenses, and fees.

SIGNED this 7th day of July, 2025.

_Ricardo H. Hinojosa_

RICARDO H. HINOJOSA
SENIOR UNITED STATES DISTRICT JUDGE